UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

JIMENA MERCEDES UGSHA QUISHPE,                    24 Civ. 8805 (PAE)
on behalf of herself and all others similarly
situated,

                Plaintiff,

    -against-

LEMONS & OLIVES, INC.; TANJA
MANNHEIM; MARKO MANNHEIM; and
TOVIAS VALERO,

              Defendants.

------------------------------------------------------x

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is a Motion to Withdraw Jazly Liriano as counsel in the above-

captioned case.  The Court has determined that the motion should be granted.

IT IS HEREBY ORDERED that Jazly Liriano is withdrawn as counsel for the Plaintiff in

this action.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Date: May 2, 2025