UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
JIMENA MERCEDES UGSHA QUISHPE,      24 Civ. 8805 (PAE)
on behalf of herself and all others similarly
situated,

                              **[PROPOSED] JUDGMENT**

                Plaintiff,

     -against-

LEMONS & OLIVES, INC.; TANJA
MANNHEIM; MARKO MANNHEIM; and
TOVIAS VALERO,

               Defendants.
-----------------------------------------------------x

       WHEREAS, on July 16, 2025, Defendants TANJA MANNHEIM, MARKO MANNHEIM, and TOVIAS VALERO served Plaintiff MERCEDES UGSHA QUISHPE with an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of one hundred and five thousand dollars ($105,000.00); and

       WHEREAS, on July 17, 2024, Plaintiff MERCEDES UGSHA QUISHPE served Defendants TANJA MANNHEIM, MARKO MANNHEIM, and TOVIAS VALERO with an acceptance of said Rule 68 offer of judgment;

       NOW, therefore, JUDGMENT is hereby entered in favor of Plaintiff JIMENA MERCEDES UGSHA QUISHPE against Defendants TANJA MANNHEIM, MARKO MANNHEIM, and TOVIAS VALERO in the amount of one hundred and five thousand dollars ($105,000.00).

                                               _____
                                               Paul A. Engelmayer
                                               United States District Judge
                                               Dated: _____