UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JIMENA MERCEDES UGSHA QUISHPE,         24 Civ. 8805 (PAE)
on behalf of herself and all others similarly
situated,

                                                [PROPOSED] JUDGMENT

                Plaintiff,

       -against-

LEMONS & OLIVES, INC.; TANJA
MANNHEIM; MARKO MANNHEIM; and
TOVIAS VALERO,

                Defendants.
------------------------------------------------------x

      WHEREAS, on July 16, 2025, Defendants TANJA MANNHEIM, MARKO MANNHEIM, and TOVIAS VALERO served Plaintiff MERCEDES UGSHA QUISHPE with an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of one hundred and five thousand dollars ($105,000.00); and

      WHEREAS, on July 17, 2024, Plaintiff MERCEDES UGSHA QUISHPE served Defendants TANJA MANNHEIM, MARKO MANNHEIM, and TOVIAS VALERO with an acceptance of said Rule 68 offer of judgment;

      NOW, therefore, JUDGMENT is hereby entered in favor of Plaintiff JIMENA MERCEDES UGSHA QUISHPE against Defendants TANJA MANNHEIM, MARKO MANNHEIM, and TOVIAS VALERO in the amount of one hundred and five thousand dollars ($105,000.00).

GRANTED.  For avoidance of doubt, the case management conference scheduled for Monday, July 21, 2025, is hereby adjourned.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: July 18, 2025